No. 00M76. DOUGHTIE *v.* JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION;
No. 00M77. CHUNG *v.* BOARD OF PATENT APPEALS AND IN-TERFERENCES; and
No. 00M79. WEBER *v.* MOORE, SECRETARY, FLORIDA DEPART-MENT OF CORRECTIONS. Motions to direct the Clerk to file peti-tions for writs of certiorari out of time denied.

No. 00M78. MELEK *v.* STATE BAR OF CALIFORNIA ET AL. Mo-tion to dispense with printing petition for writ of certiorari in compliance with this Court's Rule 33.1 denied.

No. 00-189. IDAHO *v.* UNITED STATES ET AL. C. A. 9th Cir. [Certiorari granted, 531 U. S. 1050.] Motion of respondent Coeur D'Alene Tribe for divided argument granted.

No. 00-391. FLORIDA *v.* THOMAS. Sup. Ct. Fla. [Certiorari granted, 531 U. S. 1069.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00-596. LORILLARD TOBACCO CO. ET AL. *v.* REILLY, AT-TORNEY GENERAL OF MASSACHUSETTS, ET AL.; and
No. 00-597. ALTADIS U. S. A. INC., AS SUCCESSOR TO CONSOLI-DATED CIGAR CORP. AND HAVATAMPA, INC., ET AL. *v.* REILLY, ATTORNEY GENERAL OF MASSACHUSETTS, ET AL. C. A. 1st Cir. [Certiorari granted, 531 U. S. 1068.] Motion of the Acting Solici-tor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00-763. POLLARD *v.* E. I. DU PONT DE NEMOURS & CO. C. A. 6th Cir. [Certiorari granted, 531 U. S. 1069.] Motion of Equal Employment Advisory Council et al. for leave to file a brief as *amici curiae* granted. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE O'CONNOR took no part in the consideration or decision of these motions.

No. 00-6933. LEE *v.* KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. [Certiorari granted, 531 U. S. 1189.] Motion for appointment of counsel granted, and it is ordered that Bonnie I. Robin-Vergeer, Esq., of Washington, D. C., be appointed to serve as counsel for petitioner in this case.